## UNITED STATES of America, Plaintiff–Appellee

v.

## Eric RUIZ, Defendant–Appellant.

No. 13–20037
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 21, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Neal Davis, III, Esq., Houston, TX, for Defendant–Appellant.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: * .

The attorney appointed to represent Eric Ruiz has moved for leave to withdraw and has filed a brief in accordance

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ruiz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.